IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

AMERICAN BANK & TRUST OF        )
SOUTH DAKOTA,                   )
                                )
    Petitioner,             )
                                )
    v.                      )        1:04CV964
                                )
LISA HAGER,                     )
                                )
    Respondent.             )

ORDER AND JUDGMENT

OSTEEN, District Judge

    For the reasons set forth in the memorandum opinion entered

contemporaneously herewith,

    IT IS ORDERED that Respondent's Motion to Dismiss [5] is

GRANTED.  Petitioner's Petition for Declaratory Judgment, Order

Directing Arbitration, and Injunctive Relief [1] is dismissed.

    This the 16th day of February 2006.

United States District Judge